225 F.2d 958
 Harry R. MALMBERG, Jr., Appellant,
v.
Wm. H. HARDWICK, Warden, United States Penitentiary,
Atlanta, Georgia, Appellee.
 No. 15497.
 United States Court of Appeals Fifth Circuit.
 Oct. 14, 1955.
 
 Harry R. Malmberg, Jr., in pro. per.
 James W. Dorsey, U.S. Atty., Harvey H. Tisinger, Asst. U.S. Atty., Atlanta, Ga., for appellee.
 Before HUTCHESON, Chief Judge, and TUTTLE and BROWN, Circuit Judges.
 PER CURIAM.
 
 
 1
 The judgment appealed from is affirmed. Zerbst v. McPike, 5 Cir., 97 F.2d 253.